BENJAMIN B. WAGNER
United States Attorney
NICHOLAS M. FOGG
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO.  2:11-cr-0505 KJN |
| Plaintiff, | ) **UNITED STATES' MOTION FOR LEAVE TO FILE MOTION IN RESPONSE TO DEFENDANT'S TRIAL BRIEF** |
| v. | ) |
| DUSTIN BOLE, | ) |
| Defendant. | ) DATE:  March 12, 2012 |
| | ) TIME:  9:00 a.m. |
| | ) JUDGE: Hon. Kendall J. Newman |

**MOTION FOR LEAVE TO FILE**

The United States, through the undersigned counsel, moves for leave to file two opposition motions responding to objections raised by the Defendant's trial brief (Docket # 25).

At the trial confirmation hearing on February 22, 2012, the Court set March 1, 2012 as the deadline for both parties to file motions in limine and for the Defendant to file his trial brief. March 5, 2012 was set as the deadline to respond to motions in limine.  No deadline was set to respond to objections raised in the Defendant's trial brief.

The Defendant's trial brief raises two objections to evidence

the Government will seek to introduce.  First, "[t]he defense anticipates raising a *Crawford*" objection to certain Social Security Administration paperwork. <u>Pg. 3, Docket Entry # 25</u>.  Second, "[t]he defense will object to some of the anticipated testimony" of the Government's expert.  <u>Id</u>.

The Government believes that these objections are best handled pre-trial before a jury has been selected and witnesses called. Therefore, the Government requests leave to file responses to the two objections raised by the Defendant in his trial brief.  The government anticipates having its responses ready by the end of business on March 5, 2012.


Dated:   March 1, 2012          Respectfully submitted,


                                BENJAMIN B. WAGNER
                                United States Attorney


                                 /s/ Nick Fogg
                                NICHOLAS M. FOGG
                                Special Assistant U.S. Attorney


                                 /s/ Christopher S. Hales
                                CHRISTOPHER S. HALES
                                Special Assistant U.S. Attorney

**FOR GOOD CAUSE SHOWN, THE GOVERNMENT IS GRANTED LEAVE TO FILE RESPONSES TO OBJECTIONS RAISED IN THE DEFENDANT'S TRIAL BRIEF. THOSE RESPONSES ARE DUE BY 5PM ON MARCH 5, 2012.**

DATED: MARCH 5, 2012

_____

KENDALL J. NEWMAN

UNITED STATES MAGISTRATE JUDGE