1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   UNITED STATES OF AMERICA,

11               Plaintiff,                    No. 2:11-cr-00505 KJN

12        v.

13   DUSTIN BOLE,

14               Defendant.                    SEALING ORDER
     _____/

15

16        Plaintiff submitted to the court personnel documents for *in camera* review by the

17   court, along with an *"ex parte, in camera* motion" seeking such review and a related proposed

18   order, as well as a petition to seal these documents.  The court grants plaintiff's petition to seal.

19   The petition to seal, the *"ex parte, in camera* motion" seeking review of personnel documents,

20   and the related proposed order shall be filed under seal in accordance with Local Rule 141.

21        In light of the foregoing, IT IS HEREBY ORDERED that:

22        1.        Plaintiff's petition to seal is granted.  Pursuant to Local Rule 141(e)(2)(i),

23   plaintiff shall submit electronic copies of the following documents to the Clerk of Court in .pdf

24   form at ApprovedOrders@caed.uscourts.gov: plaintiff's petition to seal, the *"ex parte, in

25   camera"* motion seeking review of personnel documents, and the related proposed order.

26        2.        The Clerk of Court is directed to file plaintiff's petition to seal, the *"ex*

1

1   *parte*, *in camera*" motion seeking review of personnel documents, and the related proposed order

2   under seal, such that only court personnel may access these documents.

3            IT IS SO ORDERED.

4   DATED:  March 6, 2012

5

6

7

8                  KENDALL J. NEWMAN
                   UNITED STATES MAGISTRATE JUDGE

9

10   KJN/mso

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26