IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DUSTIN BOLE,

    Defendant.

No. 2:11-cr-00505 KJN

ORDER

/

On March 1, 2012, the government filed a Motion In Limine For Redaction Of Private Information From Trial Exhibits. (Dkt. No. 19.) Also on March 1, 2012, the government filed a Motion in Limine For Protective Order For Private Information Contained In Discovery. (Dkt. No. 20.)

On March 6, 2012, the defense filed a statement of non-opposition to these two motions. (Dkt. No. 39.)

In light of the foregoing, IT IS HEREBY ORDERED that:

1. The government's Motion In Limine For Redaction Of Private Information From Trial Exhibits (Dkt. No. 19) and Motion in Limine For Protective Order For Private Information Contained In Discovery (Dkt. No. 20) are granted.

2. Private information contained in evidence introduced at trial shall be

1  redacted by the party introducing the evidence.   In evidence introduced at trial, the introducing
2  party is to make the necessary redactions such that <u>only</u> the last four digits of a Social
3  Security number or bank account, the city and state of a home address, and the initials of minor
4  children are available.
5              3.     Private information included in discovery in connection with this case
6  shall not be disclosed to persons outside of this case.   Private information included in discovery
7  shall not be used for any other purpose than to prosecute or defend this case.
8              IT IS SO ORDERED.
9  DATED:  March 6, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

KJN/mso