BENJAMIN B. WAGNER
United States Attorney
NICHOLAS M. FOGG
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:11-CR-00505-LKK |
| | ) | |
| Plaintiff, | ) | Order Continuing Hearing and |
| | ) | Briefing Schedule |
| v. | ) | |
| | ) | |
| DUSTIN E. BOLE, | ) | DATE: October 30, 2012 |
| | ) | TIME: 9:15 a.m. |
| Defendant. | ) | JUDGE: Lawrence K. Karlton |

It is hereby ordered that the Hearing set for October 23, 2012 is moved to October 30, 2012 at 9:15 a.m.  The appellee's answering brief is now due on October 16, 2012.  The appellant's reply brief is now due on October 23, 2012.

IT IS SO ORDERED.

Dated: September 27, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT